## McGrann Shea Carnival Straughn & Lamb, Chartered
### Attorneys at Law

| | | |
|---|---|---|
| WILLIAM R. MCGRANN | JOSEPH T. BAGNOLI | MATTHEW W. BUCKLEY |
| DOUGLAS M. CARNIVAL | ROGER J. STELLJES | |
| KATHLEEN M. LAMB | JEFFREY C. URBAN | Of Counsel |
| JOHN R. SCHULZ | KATHLEEN MICHAELA BRENNAN | ROBERT O. STRAUGHN |
| BRIAN L. SOBOL | CARL S. WOSMEK | PETER L. COOPER |
| SCOTT B. CROSSMAN | AMY L. COURT | ANDREW J. SHEA |
| CARLA J. PEDERSEN | CHRISTY E. LAWRIE | (1938-2018) |

RECEIVED BY MAIL
APR 2 6 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

April 24, 2019

**VIA U.S. MAIL**

Clerk of Court
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    James Bigham, John Quarnstrom, Robert Vranicar, et al vs. Airco Heating and Cooling Inc.
           Court File No. 18-cv-00483 (JRT/SER)
           Our File No.: 62232-0081

Dear Sir/Madam:

    Enclosed please find a Writ of Execution relative to the above-entitled matter. Please issue the same and return it to me as soon as possible.

                      Sincerely,

                      Christy E. Lawrie

Enclosure

1135796.DOCX



U.S. BANCORP CENTER • 800 NICOLLET MALL • SUITE 2600 • MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 338-2525 • FACSIMILE (612) 339-2386 • WWW.MCGRANNSHEA.COM